UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH R. HUTCHINSON,<br><br>    Defendant. | NO. CR-00-059-RHW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

Before the Court is Defendant's Motion to Modify Conditions of Supervised Release (Ct. Rec. 192). The motion was heard without oral argument.

Defendant seeks to modify his conditions of supervised release to permit him to travel to Mexico with his mother and son. U.S. Probation does not object to Defendant's request. The Court finds that good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Supervised Release (Ct. Rec. 192) is **GRANTED**.

2. Defendant is permitted to travel to Mexico between January 8, 2010 and January 24, 2010.

3. While in Mexico and upon his return, Defendant shall report as instructed by the U.S. Probation Officer.

///
///

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE ~ 1**

1  **IT IS SO ORDERED.**  The District Court Executive is hereby directed to
2  enter this order and to furnish copies to counsel and U.S. Probation Office.
3       **DATED** this 19th day of November, 2009.
4
5                                *s/Robert H. Whaley*
                              ROBERT H. WHALEY
6                              United States District Judge
7
8  Q:\CRIMINAL\2000\Hutchinson\grant.wpd
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY
CONDITIONS OF SUPERVISED RELEASE ~ 2**